GUY M. BEATY, MRS. GUY M. BEATY, GUY M. BEATY, JR., MILDRED BEATY, ROY W. BEATY AND J. WILLIAM BARNETTE PARTNERS, DOING BUSINESS AS GUY M. BEATY & COMPANY v. SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, ROSS & WITMER, INC., A CORPORATION, SOUTHEASTERN REALTY COMPANY, A CORPORATION.

(Filed 9 April, 1958)

APPEAL by defendant union from *Moore (Dan K.), J.,* December 9, 1957 Civil Term of MECKLENBURG.

*Blakeney & Alexander and Ernest W. Machen, Jr., for plaintiff, appellees.*
*Robert G. Sanders and J. C. Sedberry, for defendant, appellant.*

PER CURIAM. This is a companion suit to *Beaty et al. v. International Association of Heat & Frost Insulators & Asbestos Workers, ante,* 170. It grows out of acts of defendant touching plaintiff's contract to do certain work in Charlotte. Defendant union, as in that case, moved to quash the service of process. The court made identical findings of fact on substantially the same factual situation as there portrayed. The decision in that case is controlling here.

Affirmed.